UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CINDY LOPEZ, *on behalf of herself,*
*FLSA Collective Plaintiffs, and the Class,*

                       Plaintiff,

v.

THE CONSULATE NYC LLC
d/b/a THE CONSULATE,
MMI 2020 LLC d/b/a RECETTA NYC,
METODIJA MIHAJLOV,
MILJAN KOMNENIC, and IGOR DRCA

                       Defendants.

Case No.: 1:22-cv-05768

---

## NOTICE OF ACCEPTANCE OF DEFENDANT THE CONSULATE NYC LLC D/B/A THE CONSULATE'S OFFER OF JUDGMENTS PURSUANT TO FED. R. CIV. P. 68

PLEASE TAKE NOTICE that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Cindy Lopez accepts Defendant The Consulate NYC LLC d/b/a The Consulate's ("The Consulate'") Offer of Judgment Pursuant to Fed. R. Civ. P. 68, made by Defendant The Consulate on behalf of all Defendants. Defendant The Consulate NYC LLC d/b/a The Consulate's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 is attached hereto as Exhibit A.

Dated: New York, New York
      October 20, 2022

LEE LITIGATION GROUP PLLC

By: _____
     CK Lee

148 West 24th Street, 8th Floor
New York, NY 10011

*Attorneys for Plaintiff*

{01178778.DOC.1}