**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CINDY LOPEZ, *on behalf of herself,*
*FLSA Collective Plaintiffs, and the Class,*

               Plaintiff,

  v.

THE CONSULATE NYC LLC
d/b/a THE CONSULATE,
MMI 2020 LLC d/b/a RECETTA NYC,
METODIJA MIHAJLOV,
MILJAN KOMNENIC, and IGOR DRCA

               Defendants.

---

Case No.: 1:22-cv-05768

**[PROPOSED]**
**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants The Consulate NYC LLC d/b/a The Consulate, on behalf of itself and defendants MMI 2020 LLC d/b/a Recette NYC, Metodija Mihajlov, Miljan Komnenic and Igor Drca (collectively, "Defendants"), having offered to allow Plaintiff Cindy Lopez ("Plaintiff") to take a judgment against The Consulate NYC LLC d/b/a The Consulate, in the sum of Twenty-Seven Thousand Five Hundred Dollars and No Cents ($27,500.00), inclusive of attorneys' fees, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 20, 2022 and filed as Exhibit A to Docket Number 27;

    **WHEREAS**, on October 20, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 27);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Cindy Lopez, in the sum of Twenty-Seven Thousand Five Hundred Dollars and No Cents

($27,500.00), in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated October 20, 2022 and filed as Exhibit A to Docket Number 27.

**SO ORDERED:**

Dated: _____, 2022         _____
           New York, New York                                    U.S.D.J.